FILED
December 14, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002283351

Ja Vonne M. Phillips, Esq. SBN 187474
Kelly Ann Tran, Esq. SBN 254476
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
Bank of America, National Association as successor by merger to LaSalle Bank National Association as trustee for WMALT 2005-3, its assignees and/or successors, and the servicing agent JPMorgan Chase Bank, NA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re

Clyde Duane Fletcher
Sherry Ann Fletcher

    Debtors,

) Case No. 09-42681
)
) DC No. KAT-1
)
) Chapter 13
)
) **OBJECTION TO CONFIRMATION**
) **OF CHAPTER 13 PLAN**
)
) **341(a) Meeting of Creditors:**
) Date: 12/10/2009
) Time: 10:00 AM
) Place: 2986 Bechelli Lane
)    Redding CA
)
) **Confirmation Hearing:**
) Date: 1/5/2009
) Time: 1:00 PM
) Ctrm: 34, 6th Floor
) Place: 501 I Street
)    Sacramento CA
)
) Judge: Robert Bardwil
)

Bank of America, National Association as successor by merger to LaSalle Bank National Association as trustee for WMALT 2005-3, its assignees and/or successors, and the servicing agent JPMorgan Chase Bank, NA, ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the Chapter 13 Plan proposed by ("Debtors") Clyde Duane Fletcher and Sherry Ann Fletcher.

1. This objecting Secured Creditor Services and is entitled to receive payments pursuant to a Promissory Note which matures on 3/1/2035 and is secured by a Deed of Trust on the subject property commonly known as 18915 Drake Road, Red Bluff, CA 96080. As of 10/20/2009, the amount in default was $2,094.32, as described in the Proof of Claim filed by this Secured Creditor on or about 12/11/2009, incurred with respect to the default. **See Exhibit "1".**

2. The proposed Plan does not provide for pre-petition arrearages owed to Secured Creditor. To cure the pre-petition arrearages of $2,094.32 over the term of the Plan within 60 months, Secured Creditor must receive a minimum payment of $34.90 per month from the Debtor through the Plan. Although Debtor does not provide for payments to Secured Creditor, Debtor's Plan provides payments to the Trustee in the amount of $444.54 per month for 60 months.

3. Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtors shall commence making the payments proposed by the Plan within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. As such, the Plan cannot be confirmed.

CONCLUSION

Any Chapter 13 Plan proposed by the Debtors must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtors be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor within 60 months;

2. For attorneys' fees and costs herein,

3. For such other relief as this Court deems proper.

Respectfully submitted,

McCarthy & Holthus, LLP

By: /s/ Kelly Ann Tran, Esq.
Attorney for Secured Creditor
Bank of America, National Association as successor by merger to LaSalle Bank National Association as trustee for WMALT 2005-3, its assignees and/or successors, and the servicing agent JPMorgan Chase Bank, NA